IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-00193-01-CR-W-GAF |
| | ) | |
| JESUS CARDENAS-CELESTINO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is defendant's Motion to Suppress Evidence. Defendant asserts that his consent to search was not voluntarily given.

On January 4, 2006, an evidentiary hearing was held on defendant's motion. On January 17, 2006, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation.

Upon careful and independent review of the pending motion and suggestions in support thereof, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence is OVERRULED and DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: February 17, 2006